**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the matter of:** | : | Case No. 08-60793 |
| | | |
| **Derrick L. McDonald** | : | Chapter 7 (Judge Preston) |
| **Mikki McDonald** | : | |

### NOTICE TO THE CLERK OF UNCLAIMED AND SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $680.82 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Dish Network<br>Dept. 0063<br>Palatine, Ill  45640-9610 | 14 | $252.45 |
| Pediatrix Medical Group<br>3700 Kolbe Rd.<br>Lorain, OH  44053 | 26 | 105.05 |
| Radio Shack/CBSD<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 | 27 | 204.82 |
| Scholastic<br>PO Box 6024<br>Jefferson City, MO  65102-6014 | 28 | 10.61 |
| Sprint PCS<br>PO Box 740602<br>Cincinnati, OH  45274 | 30 | 107.89 |

**<u>Notice of Small and Unclaimed Dividends – Continued page 2</u>**

| | |
|---|---|
| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
| $10.61 | $670.21 |
| Dated: 9/22/2010 | /s/ Susan L. Rhiel<br>Case Trustee |